UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLES MAUDE,<br><br>Defendant. | 5:24-CR-50081-CCT<br><br>ORDER FOR APPOINTMENT OF COUNSEL |
|---|---|

(X) The defendant is charged with a felony or with a misdemeanor other than a petty offense.

(X) The defendant is entitled to appointment of counsel under the Sixth Amendment to the Constitution.

( ) The defendant is charged with civil or criminal contempt and faces loss of liberty.

( ) The defendant is charged with a violation of probation, or faces a change of a term or condition of probation; the defendant is entitled to appointment of counsel in parole proceedings; or the defendant is charged with a violation of supervised release or faces modification, reduction, or enlargement of a condition, or extension or revocation of a term of supervised release.

( ) The defendant is in custody as a material witness.

( ) The defendant has been called as a witness before a grand jury or the court and there is reason to believe, either prior to or during testimony, that the witness could be subject to a criminal prosecution, a civil or criminal contempt proceeding, or face loss of liberty.

( ) The defendant is proposed by the United States attorney for processing under a pretrial diversion program.

( ) Other: Counsel is appointed in the interests of justice.

If no CJA form 23 Financial Affidavit has been submitted to the Judicial Officer, counsel appointed herein shall submit a completed CJA Form 23 to the Judicial Officer issuing this Order within five (5) days from the date the Order is entered. The appointment of counsel herein is subject to the defendant satisfying the Court of the defendant's qualification for court-appointed counsel under 18 U.S.C. § 3006A.

IT IS ORDERED that the Federal Public Defender for the District of South Dakota is hereby appointed to represent the defendant in the above-entitled case.

IT IS FURTHER ORDERED that the defendant shall pay $ 750.00 per month to the Clerk of the United States District Court as reimbursement toward the cost of representation until the balance is paid in full. The first payment to the clerk's office shall be made by Aug 8, 2024 Subsequent monthly payments shall be made by the 8th of each month. If the defendant's financial circumstances change significantly, the defendant may file an amended financial affidavit and the court will consider whether the payment plan should be changed. During any period of incarceration payments shall be suspended.

DATED this 8th day of July, 2024.

BY THE COURT:

_____
DANETA WOLLMANN
United States Magistrate Judge