UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLES MAUDE and<br>HEATHER MAUDE ,<br><br>Defendants. | 5:24-CR-50081-CCT<br><br>**ORDER GRANTING CONTINUANCE** |

Defendant, Heather Maude, moves for a 45-day continuance. Co-defendant, Charles Maude, and the government do not object. The court finds that the ends of justice served by continuing this trial outweigh the best interests of the public and the defendant in a speedy trial because defense counsel has made known to the court that additional investigation remains to be done. Based on the foregoing, it is

ORDERED that defendant's motion is granted. The following deadlines will apply:

| | |
|---|---|
| Suppression/voluntariness motions | December 10, 2024 |
| Responses to motions due | Within five days after motion is filed |
| Subpoenas for suppression hearing | December 10, 2024 |
| Suppression/voluntariness hearing before Magistrate Judge Daneta Wollmann | If necessary, will be held prior to December 27, 2024 |

| | |
|---|---|
| Applications for Writ of Habeas Corpus Ad Testificandum | January 7, 2025 |
| Expert witness disclosure | January 7, 2025 |
| Other motions | January 14, 2025 |
| Responses to motions due | Within five days after motion is filed |
| Subpoenas for trial | January 14, 2025 |
| Plea agreement or petition to plead and statement of factual basis | January 14, 2025 |
| Notify court of status of case | January 14, 2025 |
| Rebuttal expert disclosures | January 21, 2025 |
| Motions in limine | January 21, 2025 |
| Proposed jury instructions due | January 21, 2025 |
| Jury trial | Tuesday, January 28, 2025, at 9:00 a.m. |

The period of delay resulting from such continuance is excluded in computing the time within which the trial of the offense must commence. 18 U.S.C. § 3161(h)(7)(A).

All other provisions of the court's scheduling and case management order remain in effect unless specifically changed herein.

Dated November 13, 2024.

BY THE COURT:

/s/ *Camela C. Theeler*
CAMELA C. THEELER
UNITED STATES DISTRICT JUDGE