UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

---

UNITED STATES OF AMERICA,                          5:24-cr-50081

                          Plaintiff,

vs.                                                WAIVER OF SPEEDY
                                                   TRIAL ACT

CHARLES MAUDE,

                          Defendant.

---

I, Charles Maude, have read, understand, and consent to the Motion for

Continuance filed on my behalf. (Doc. 40). My attorney, Paul Eisenbraun, has advised of

my right to a speedy trial under, 18 U.S.C. § 3161, and I hereby waive my right to a

speedy trial to the extent occasioned by this Motion for Continuance.

Dated this ___7___ day of ___January___ 2025.


                          _Charles K. Maude_____
                          Charles Maude