UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLES MAUDE and<br>HEATHER MAUDE ,<br><br>Defendants. | 5:24-CR-50081-CCT<br><br>**ORDER GRANTING CONTINUANCE** |

Defendant, Heather Maude, moves for a 90-day continuance and her co-defendant and the government do not object. The court finds that the ends of justice served by continuing this trial outweigh the best interests of the public and the defendant in a speedy trial because defense counsel has made known to the court that additional investigation remains to be done. Based on the foregoing, it is

ORDERED that defendant's motion is granted. The following deadlines will apply:

| Suppression/voluntariness motions | March 11, 2025 |
|---|---|
| Responses to motions due | Within five days after motion is filed |
| Subpoenas for suppression hearing | March 11, 2025 |
| Suppression/voluntariness hearing before Magistrate Judge Daneta Wollmann | If necessary, will be held prior to March 28, 2025 |

| Applications for Writ of Habeas Corpus Ad Testificandum | April 8, 2025 |
|---|---|
| Expert witness disclosure | April 8, 2025 |
| Other motions | April 15, 2025 |
| Responses to motions due | Within five days after motion is filed |
| Subpoenas for trial | April 15, 2025 |
| Plea agreement or petition to plead and statement of factual basis | April 15, 2025 |
| Notify court of status of case | April 15, 2025 |
| Rebuttal expert disclosures | April 22, 2025 |
| Motions in limine | April 22, 2025 |
| Proposed jury instructions due | April 22, 2025 |
| Jury trial | Tuesday, April 29, 2025, at 9:00 a.m. |

The period of delay resulting from such continuance is excluded in computing the time within which the trial of the offense must commence. 18 U.S.C. § 3161(h)(7)(A).

All other provisions of the court's scheduling and case management order remain in effect unless specifically changed herein.

Dated January 8, 2025.

BY THE COURT:

/s/ *Camela C. Theeler*
CAMELA C. THEELER
UNITED STATES DISTRICT JUDGE